IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHER'MON A. ALLEN,

     **Plaintiff,**

v.                                       Case No. 5:24-cv-201-AW-MJF

ROTTER, et al.,

     **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 34) and incorporate it into this order. Plaintiff did not comply with a court order (he failed to respond to the motion to dismiss as directed) and he failed to comply with the requirement to accurately disclose his litigation history.

I have considered de novo the issues Plaintiff raised in his objections (ECF No. 38). Plaintiff does not dispute the fact that he was required to disclose his litigation history. And he does not dispute the fact that he did not do so fully and accurately. He contends it was not in bad faith, though—that he relied on his memory and not court records. But where there was uncertainty, he could have included that on the form. Moreover, having recently had another case dismissed on this basis, *see* ECF No. 1 at 11, he should have exercised great care.

Plaintiff also says the magistrate judge did not consider lesser sanctions, but that is incorrect. As the report and recommendation explains (in a section titled "No Lesser Sanction Would Suffice"), something lesser would amount to no penalty at all. I agree with the magistrate judge's conclusion that "[i]nsofar as Plaintiff already is incarcerated, a mere admonition or a finding of contempt would not deter Plaintiff or other prisoners from making false representations to the court." ECF No. 34 at 13.

Finally, Plaintiff says any dismissal should be without prejudice. I agree, as did the magistrate judge. *See id*. at 14. I also note that there is no apparent statute-of-limitations issue with Plaintiff's refilling: he complains of conduct that occurred in late 2022.

The motion to dismiss (ECF No. 29) is GRANTED. The clerk will enter a judgment that says, "This case is dismissed without prejudice for Plaintiff's failure to disclose honestly and accurately his litigation history." The clerk will then close the file.

SO ORDERED on January 8, 2026.

s/ *Allen Winsor*
Chief United States District Judge